# EXHIBIT A



Doe John <sddronevideos@gmail.com>

## Anthony X MICHAEL
1 message

**Michael Logan** <mlogan@dmecapital.net>  Mon, Apr 15, 2024 at 3:00 PM
To: "sddronevideos@gmail.com" <sddronevideos@gmail.com>

Excited to see what offers we could get for your company to help you expand and grow.

Great talking to you its Michael Logan, can't wait to start working together.
please send me *last four months of business bank statements* and you can either *complete the PDF application;* or just click the link to go directly to our online portal.

Thank you, we looking forward to working with you having a long-standing business relationship.

**For Soft approvals all I need is an application completed, and last 4 months business bank statements.**

Michael Logan
Director of Funding / Funding for Your Business

☎: (646)-203-1602
✉: mlogan@dmecapital.net

---

📄 **DME Cap application (4).pdf**
834K



# COMPANY INFORMATION



499 Marlboro Rd, Suite 2,
Old Bridge, NJ 08857
Office: 732-743-7373
Fax: 732 - 301 -8393
Email: info@dmecapital.net
Web: www.dmecapital.net

Business Legal Name: _____
Business DBA Name: _____
Federal Tax ID (EIN#): _____
Business Inception Date: _____
Business Address: _____
City: _____ State: _____ Zip: _____
Business Monthly Deposits: _____

Business #: _____
Business Fax#: _____
Business Email: _____
Business Website: _____
Personal Email: _____

Description of Business: _____

Type of Business Entity:
☐ S Corporation  ☐ Partnership  ☐ LTD Partnership  ☐ LLP  ☐ Sole Prop  ☐ LLC  ☐ C Corporation

☐ Own  ☐ Lease   If Leased, How long: _____ if own, property value: _____

Rent/Mortgage: ☐ Current  ☐ Not Current   Monthly Rent/Mortgage: $_____

Number of Employees: _____   Current Credit Card Processing Company: _____

LandLord Name: _____   LandLord #: _____

Type of Landlord: ☐ Management  ☐ Sole Ownership  ☐ Corporation  ☐ Other

| Judgement | Bankruptcy | Current Cash Advance | Seasonal Business | Requested Amount | Approximate credit score |
|---|---|---|---|---|---|
| ☐ Yes | ☐ Yes | ☐ Yes | ☐ Yes | $_____ | _____ |
| ☐ No | ☐ No | ☐ No | ☐ No | | |

If Yes to Current Cash Advance What is the Balance:
Name of Lender: _____ Balance: _____
_____ Balance: _____
_____ Balance: _____

## Business Owners Information

**Primary Owner**
First Name: _____
Last Name: _____
Home Address: _____
City/State/Zip: _____
Date of Birth: _____
Social Security #: _____
Cell Phone Number: _____
Percentage of Ownership: _____

**Secondary Owner**
First Name: _____
Last Name: _____
Home Address: _____
City/State/Zip: _____
Date of Birth: _____
Social Security #: _____
Cell Phone Number: _____
Percentage of Ownership: _____

### CERTIFICATION AND AGREEMENT

By signing below, each of the above listed business and business owner/officer (individually and collectively, "you") authorize DME Capital and each of its representatives, successors, assigns and designees ( " Recipients ) that may be involved with or acquire commercial loans having daily repayment features or purchases of future receivables including Merchant Cash Advance transactions, Including without limitation the application therefor (collectively, "Transactions") to obtain consumer and/or personal, business and investigative reports and other information about you, including credit card processor statements and bank statements, from one or more consumer reporting agencies, such as TransUnion, Experian and Equifax, and from other credit bureaus, banks, creditors and other third parties. You also authorize DME Capital to transmit this application form, with any of the foregoing information obtained in connections with this application, to any or all of the Recipients for the foregoing purposes. You also consent to the release, by an creditor or financial institution, of any information relating to any of you, to DME Capital and each Recipient, on its own behalf.

**Primary Owner**

Owner/Principal   Signature- _____
Date- _____   Print Name- _____

**Secondary Owner**

Owner/Principal   Signature- _____
Date- _____   Print Name- _____

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF FORMATION

### DME CAPITAL LLC
### 0450490691

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 05/15/2020 and was assigned identification number 0450490691. Following are the articles that constitute its original certificate.

1. **Name:**
   DME CAPITAL LLC

2. **Registered Agent:**
   INCORP SERVICES INC

3. **Registered Office:**
   208 WEST STATE STREET
   TRENTON, NEW JERSEY 08608-1002

4. **Business Purpose:**
   BUSINESS LOANS AND COMMERCIAL LENDING +

5. **Effective Date of this Filing is:**
   05/15/2020

6. **Members/Managers:**
   MITCHELL EKDESHMAN
   5 GEANNE WAY
   MARLBORO, NEW JERSEY 07746

7. **Main Business Address:**
   5 GEANNE WAY
   MARLBORO, NEW JERSEY 07746

   **Signatures:**
   BRITTNEY WINDER
   AUTHORIZED REPRESENTATIVE

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 15th day of May, 2020*

*Elizabeth Maher Muoio*
*State Treasurer*

Certificate Number : 4102521389
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

Case 3:24-cv-00692-AGS-JLB   Document 1-2   Filed 04/17/24   PageID.43   Page 5 of 5

Gmail - Business Funding



**Business Funding**
2 messages

Frank v <frankv@dmecapital.net>  Fri, Aug 12, 2022 at 11:28 AM
To: "sddronevideos@gmail.com" <sddronevideos@gmail.com>

Doe John <sddronevideos@gmail.com>





Easy Apply

Allow DME Capital Funding to help you take your business to the next level

*DME Capital Funding* is a family-owned merchant funding company located in 347 West 36th Street New York. Specializing in helping all types of businesses in the U.S. obtain the funding they need to assist their business in reaching new heights. With over 25 years of experience collectively.

Cash Advances
1. *You'll Receive A Lump Sum of Cash Very Quickly*
2. *You Don't Need Impeccable Credit*
3. *There's No Set Payment Amount*
4. *Use the Money However You'd Like*
5. *You Aren't Risking Your Assets or Credit Rating*

Soft Approval Requirements: