# U.S. District Court

## California Southern - San Diego

Receipt Date: Apr 17, 2024 10:57AM

ANTON A EWING
3077 B CLAIREMONT DR
SAN DIEGO, CA 92117

Rcpt. No: 152832              Trans. Date: Apr 17, 2024 10:57AM              Cashier ID: #jrCz

| CD  | Purpose                       | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|-------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner | DCAS324CV000692      | 1   | 405.00 | 405.00 |

| CD | Tender      | Amt      |
|----|-------------|----------|
| CC | Credit Card | $405.00  |

|                              |         |
|------------------------------|---------|
| Total Due Prior to Payment:  | $405.00 |
| Total Tendered:              | $405.00 |
| Total Cash Received:         | $0.00   |
| Cash Change Amount:          | $0.00   |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.